**JEFFREY B. SETNESS, ESQ.**
**California State Bar No. 96773**
**E-mail:** jsetness@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
**6385 S. Rainbow Boulevard, Suite 600**
**Las Vegas, Nevada 89118**
**Telephone:** **(702) 893-3383**
**Facsimile:** **(702) 893-3789**

*Attorneys for Defendant Anthony Ray Manuel*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff UNITED

STATES OF AMERICA, by and through Assistant United States Attorney Matthew D. Segal of

the United States Attorney's Office for the Eastern District of California, and Defendant

ANTHONY RAY MANUEL, by and through Jeffrey B. Setness, Esq. of the law firm of Lewis

Brisbois Bisgaard & Smith LLP, that the Judgment and Sentencing date of June 25, 2013 be

vacated and a further Status Conference be scheduled for August 13, 2013 based upon the

following:

   1.   Manuel has been diagnosed with coronary artery disease; diabetes with

severe neuropathy; and chronic kidney disease Stage IV / diabetic kidney disease.  If

needed, documents relating to Manuel's medical condition will be provided upon request

to the Court.

1

1          2.       On February 22, 2013, Manuel underwent quadruple bypass surgery.

2          3.       The recovery time for quadruple bypass surgery is quite lengthy.  For the

3  last eight weeks since the surgery Manuel was ordered not to lift anything heavier than a

4  coffee cup because his chest is wired together.

5          4.       Vehicle travel except for very short distances is painful and exerting.

6  Manuel cannot drive a vehicle.

7          5.       Manuel has been informed not to exert himself which will fatigue him and

8  may slow his recovery.

9          6.       On Wednesday, May 15, 2013, Manuel will start rehabilitation at Sutter

10  Memorial in Modesto, California three days a week.  The rehabilitation program for heart

11  bypass patients will take between eight to twelve weeks and will determine how much

12  exertion Manuel will be able to handle and hopefully will improve his condition.

13          7.       The next assessment of Manuel's medical condition will be in June 2013.

14          8.       Based upon the foregoing, the rehabilitation process will not be completed

15  until sometime in July or August 2013.

16  Dated this 13th day of May 2013.

17

18  By: _*/s/ Matthew D. Segal*_
     MATTHEW D. SEGAL
     Assistant United States Attorney

19       Attorney for the United States

20

21  By: _*/s/ Jeffrey B. Setness*_
     JEFFREY B. SETNESS, ESQ.
     Attorney for Defendant Anthony Ray Manuel

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

## **ORDER**

Based upon the Stipulation of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the Sentencing currently scheduled for June 25, 2013 is hereby vacated.

**IT IS FURTHER ORDERED** that a Sentencing Status Conference will be held on August 13, 2013 at 9:15 a.m.

DATED this 16th day of May, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

1

2    In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11

3    of the Local Rules of Practice of the United States District Court for the District of Nevada, I

4    certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this

5    ____ day of May 2013, I did cause a true copy of:

6    **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**

7    to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the

8    Electronic Filing System in this action.

9

10                                    By: _____

11                                          An Employee of
                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28