**JEFFREY B. SETNESS, ESQ.**
California State Bar No. 96773
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

Telephone:  (702) 693-1715
Facsimile:  (702) 893-3789
E-mail:  jeffrey.setness@lewisbrisbois.com

*Attorneys for Defendant Anthony Ray Manuel*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff UNITED STATES OF AMERICA, by and through Assistant United States Attorney Matthew D. Segal of the United States Attorney's Office for the Eastern District of California, and Defendant ANTHONY RAY MANUEL, by and through Jeffrey B. Setness, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP, that the Sentencing Status Conference scheduled for August 13, 2013 be vacated and the Judgment and Sentencing will be scheduled for December 17, 2013 at 9:15 a.m. based upon the following:

    1.    In regards to Mr. Manuel's medical condition, the following information is provided:

        a.    As explained in an earlier stipulation, Manuel was diagnosed with

1

coronary artery disease; diabetes with severe neuropathy; and chronic kidney disease Stage IV / diabetic kidney disease and on February 22, 2013, Manuel underwent quadruple bypass surgery.

      b.     The recovery time for quadruple bypass surgery is quite lengthy and Mr. Manuel is still undergoing therapy treatment to recover from the quadruple bypass surgery and it is anticipated that he will be undergoing at least one more month of therapy.

      c.     Manuel has been advised not to drive a vehicle because of the mediation he is taking and Manuel is still being informed not to exert himself which will fatigue him and may slow his recovery.

      d.     The next assessment of Manuel's medical condition will be at the end of August 2013 when Manuel sees his cardiologist and mid-October 2013, Manuel is scheduled to see his kidney specialist.

      e.     Based upon the foregoing, the rehabilitation process will not be completed until sometime in September 2013.

2.     In regards to the case of <u>United States vs. Salyer</u>, Case No. 2:10-cr-0061-LKK, issues relating to restitution have yet to be resolved.

Dated this 7th day of August 2013.

By:   */s/ Matthew D. Segal*
     MATTHEW D. SEGAL
     Assistant United States Attorney
     Attorney for the United States

By:   */s/ Jeffrey B. Setness*
     JEFFREY B. SETNESS, ESQ.
     Attorney for Defendant Anthony Ray Manuel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

## ORDER

Based upon the Stipulation of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the Sentencing Status Conference currently scheduled for August 13, 2013 is hereby vacated.

**IT IS FURTHER ORDERED** that the Judgment and Sentencing will be held on December 17, 2013 at 9:15 a.m..

DATED this 8th day of August, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the Eastern District of California, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 7th day of August 2013, I did cause a true copy of:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: _____
     An Employee of
     LEWIS BRISBOIS BISGAARD & SMITH LLP