**JEFFREY B. SETNESS, ESQ.**
California State Bar No. 96773
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

Telephone: (702) 693-1715
Facsimile: (702) 893-3789
E-mail: jeffrey.setness@lewisbrisbois.com

*Attorneys for Defendant Anthony Ray Manuel*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff UNITED STATES OF AMERICA, by and through Assistant United States Attorney Matthew D. Segal of the United States Attorney's Office for the Eastern District of California, and Defendant ANTHONY RAY MANUEL, by and through Jeffrey B. Setness, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP, that the Judgment and Sentencing currently scheduled for December 17, 2013 be vacated and continued to April 29, 2014 at 9:15 a.m. based upon the following:

1. In regards to Mr. Manuel's medical condition, the following information is provided:

   a. As explained in an earlier stipulation, Manuel was diagnosed with coronary

artery disease; diabetes with severe neuropathy; and chronic kidney disease Stage IV / diabetic kidney disease and on February 22, 2013, Manuel underwent quadruple bypass surgery.

  b. Manuel has also been diagnosed with macular degenerative eye disease and cataracts on both eyes. Manuel is legally blind in his left eye and his right eye is deteriorating.

  c. On December 12, 2013, Manuel is scheduled to have surgery on his left eye to remove the cataracts and to insert a lens in his left eye so he will have some vision in this eye.

  d. On January 6, 2014, Manuel is scheduled to have surgery on his right eye to remove the cataracts and to insert a lens in his right eye so he will have some vision in this eye.

 2. Probation Officer Scott Storey has been consulted and has approved the April 29, 2014 date for Judgment and Sentencing.

Dated this 26th day of November, 2013.

By:  */s/ Matthew D. Segal*
  MATTHEW D. SEGAL
  Assistant United States Attorney
  Attorney for the United States

By:  */s/ Jeffrey B. Setness*
  JEFFREY B. SETNESS, ESQ.
  Attorney for Defendant Anthony Ray Manuel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0034-LKK |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| ANTHONY RAY MANUEL, | |
| Defendant. | |

## **ORDER**

Based upon the Stipulation of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the Sentencing Status Conference currently scheduled for December 17, 2013 is hereby vacated.

**IT IS FURTHER ORDERED** that the Judgment and Sentencing will be held on April 29, 2014 at 9:15 a.m.

DATED this 2nd day of December, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the Eastern District of California, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 26th day of November, 2013, I did cause a true copy of:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP